```
 1  Bonnie J. Moran, Esq. (SBN: 190190)
    Senior Counsel, Residuals
 2  Writers Guild of America, west, Inc.
    7000 W. Third Street
 3  Los Angeles, California 90048
    (323) 782-4700
 4  Fax: (323) 782-4816
    Attorney for Petitioner
 5
```

FILED
CLERK, U.S. DISTRICT COURT
APR -3 2007
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

Priority ___
Send ✓
Enter ✓
Closed ___
JS-5/JS-6 ✓
JS-2/JS-3 ___
Scan Only ___

LODGED
2007 JAN 18  AM 10: 44
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Writers Guild of America, west, Inc., | CASE NO. **CV 07-00432 ER (JWJx)** |
| Petitioner, | [~~PROPOSED~~] ORDER AND JUDGMENT |
| vs. | DATE: 4/2/07 |
| Carolina Productions, Inc., | TIME: 10 AM |
| Respondent | CTRM: 1 |
| | Honorable RAFEEDIE |

ENTERED
CLERK, U.S. DISTRICT COURT
APR -5 2007
CENTRAL DISTRICT OF CALIFORNIA

DOCKETED ON CM
APR -5 2007
BY _____ 012

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

The regularly noticed Motion for Order Confirming the Arbitrator's Opinion and Award and for Entry of Judgment in Conformity Therewith of Petitioner Writers Guild of America, west, Inc. ("WGAw", "Guild" and/or "Petitioner") was taken under submission by the Honorable RAFEEDIE . Respondent Carolina Productions, Inc. ("Respondent") was duly served with notice of the proceeding but failed to file a responsive pleading. The Court having considered the pleadings and documents on file orders as follow:

5

1

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered in this proceeding as follows:

1. Respondent violated Articles 15.A., 51, and 58 of the MBA by failing to pay residual compensation and interest in connection with the licensing and/or distribution of the Picture to the free television, pay television, DVD, and videocassette residuals markets;

2. Respondent violated Articles 15.A., 51, and 53 of the MBA by failing to furnish the Guild with written reports indicating the producer's gross receipts derived from distribution and licensing of the Picture to the free television, pay television, DVD, and videocassette residuals markets;

3. Respondent shall pay the Guild on behalf of the writers residual compensation of $48,087 plus past due interest of $21,634 due as of January 31, 2005, and continuing to accrue at the rate of 1.5% per month until paid in full;

4. Respondent shall furnish the Guild with the financial reports required by the MBA in connection with the Picture to confirm compliance with the residuals provisions and any other applicable provisions of the MBA;

5. Respondent shall pay the Guild $7,500 in damages for failing to furnish timely financial statements required by Articles 15.A., 51 and 53;

6. The Guild is assigned the right to receive all money owed to Respondent by any third party for the Picture, including but not

limited to any licensee, transferee or successor in interest, subject to any prior perfected security agreement in favor of a third party, until the residuals and all interest accrued thereon are paid in full;

    7.    The fees of the Arbitrator and the Court Reporter shall be borne equally by Respondent and the Guild pursuant to Article 11.A.5. of the MBA. The Guild shall advance payment of 100% of such fees to the Arbitrator and the Court Reporter. Respondent shall reimburse the Guild for its one-half (50%) share of the fees of the Arbitrator and Court Reporter; and

    8.    Respondent is further ordered to pay the Guild $1,500.00 in attorneys' fees and $350.00 in costs.

Dated: APR 03 2007

_____
United States District Court Judge

F:\Residuals\LEGAL\Animal Factory\Petition to confirm\confirm proposed order and judgment.doc